1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11

12   ERIC DAYTON DEROUEN,              )      Case No. C 14-1080 LHK (PR)
                                       )
13                   Plaintiff,        )      ORDER OF DISMISSAL
                                       )
14         v.                          )
                                       )
15   DR. CLARENE DAVID, et al.,        )
                                       )
16                   Defendants.       )
                                       )
17   _____ )

18         On March 7, 2014, plaintiff, proceeding *pro se*, filed a federal civil rights complaint

19   pursuant to 42 U.S.C. § 1983.[1]  The same day, the clerk notified plaintiff that he had not paid the

20   filing fee, nor had he filed an application to proceed in forma pauperis ("IFP").  Along with the

21   deficiency notice, plaintiff was provided with an IFP application and instructions for completing

22   it.  Plaintiff was further cautioned that his failure to either file a completed IFP application or pay

23   the filing fee within twenty-eight days would result in the dismissal of this action.  On March 27,

24   2014, plaintiff filed a letter in which he stated that the filing fee would be paid in full because

25   plaintiff was to be released prior to the deadline.  More than twenty-eight days have passed and

26

27   _____

28         [1] This action was reassigned to this court on April 2, 2014, after plaintiff failed to consent
     to magistrate judge jurisdiction.  (Docket No. 5.)

Order of Dismissal
P:\PRO-SE\LHK\CR.14\DeRouen080disifp.wpd

1    plaintiff has not paid his filing fee, filed a completed IFP application, or made any further

2    contact with the court.

3         Thus, the instant action is DISMISSED without prejudice.  The clerk shall terminate all

4    pending motions, enter judgment, and close the file.

5         IT IS SO ORDERED.

6    DATED: ___4/16/14___                    _Lucy H. Koh_____

7                                           LUCY H. KOH
                                            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28