IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC DAYTON DEROUEN, ) | Case No. C 14-1080 LHK (PR) |
| ) Plaintiff, ) | JUDGMENT |
| ) v. ) | |
| ) DR. CLARENE DAVID, et al., ) | |
| ) Defendants. ) | |
| _____ ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/16/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.14\DeRouen080jud.wpd